**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 13 2025

KEVIN R. WEIMER, Clerk
By: _____ Deputy Clerk

Civil Action No._____

**JURY TRIAL DEMAND**

MARISSA MILLING, BEST GEL PRODUCTS,
GLENN L. WILLIAMS,

**1:25-CV-1336**

Plaintiffs,

vs.

ALSTON AND BIRD, LLP, ATLANTA, GA, ALSTON AND BIRD LAWYERS ASHLIEGH HARRIS, B. J. PAK, APRIL MITCHELL, RICHARD B. HAYES, KATIE HALL, BOB LEE, JOHN DOES AND JANE DOES AIDERS AND ABETTORS IN THEIR INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES

AKA Robert Lee

**CIVIL COMPLAINT**

**I. Parties to Complaint**
**A. The Plaintiffs**

1- Glenn L. Williams
2784 Lakewood Avenue
Atlanta, Ga 30315
gwilliamsgee@gmail.com
(862) 216-0002

2- Marissa Millings
496 BOULEVARD NE
APT 309
678 349-8312

3- Best Gel Products, LLC
2784 Lakewood Avenue
Atlanta, Ga 30315
bestgelproductswholesale@gmail.com
(862) 216-0002

**B. The Defendants**
1- Alston and Bird Law Firm, LLP
2- Alston and Bird, LLP lawyers
   a.  Ashleigh Harris

1

b.  B Jay Pak
c.  Alston Mitchell
d.  Richard Hayes
e.  Katie Hall
f.  Bob Lee
g.  Richard B.Hayes

All located or associated with the address of Alston and Bird,m LLP, 1201 West Peachtree Street, Atlanta, Ga 30309:
6- John and Jane Does open area and front desk area staff to be amended

## II. Basis for Jurisdiction

**A.** This court has subject matter jurisdiction over Plaintiffs federal claims pursuant

laws governing hate crimes, discrimination, obstruction of justice, retaliation, harassment

and intimidation during federal court proceedings, bullying based on education level and

race, defamation, libel, slander and intentionally aiding and abetting an ongoing fraudulent

rico type conspiracies.

In addition this court has authority to hear the case where  these African American

Loc N Products, LLC business owners and their process server were intimidated and hated

upon by hate crimes aimed at to discourage them from using their their constitutionally

guaranteed rights to the legal process; their intentional interference with ongoing  judicial

activities in violation of 18 USC Ch. 73, Civil Rights Act of 1964, 42 USC 12203, 18 USC 2261A,

18 USC 1341 and various other statutes and laws as will be explained.

Their collective unlawful motive  and purpose of committing the unconstitutional

and unlawful acts have been to terrorize, discourage, harass, intimidate, coerce and

obstruct the African American Plaintiffs from exercising their right to access to the court

and the civil avenue of relief for violations of their rights as was set out in filed case

numbers 1:2024cv04667 and 1:2024cv04671, Attached as Exhibits A and B. one case which names these current Alston and Bird Defendants as Defendants therein.

### 2. Defendants

A- The Defendant B.J. Pak in official and individual capacities is a resident and person working in the State of Georgia and for the law firm of Alston and Bird and who has made decisions or had influence in decisions in regards to refusing to accept service of process initially on October 23, 2024 and later refusing to accept service of process for clients represented by them directly, including racially schemed and    motivated failure/refusal to reply   to the later properly served African American civil action in question;

B. The Defendant Katie Hall in official and individual capacities is a resident and person working in the State of Georgia and for the law firm of Alston and Bird and who has made decisions or had influence in decisions in regards to refusing to accept service of process initially on October 23, 2024 and later refusing to accept service of process for clients represented by them directly, including racially schemed and    motivated failure/refusal to reply   to the later properly served African American civil action in question;

C. The Defendant Ashleigh Harris in official and individual capacities is a resident and person working in the State of Georgia and for the law firm of Alston and Bird and who has made decisions or had influence in decisions in regards to refusing to accept service of process initially on October 23, 2024 and later refusing to accept service of process for

clients represented by them directly, including racially schemed and motivated failure/refusal to reply to the later properly served African American civil action in question;

D. The Defendant Robert Lee in official and individual capacities is a resident and person working in the State of Georgia and for the law firm of Alston and Bird and who has made decisions or had influence in decisions in regards to refusing to accept service of process initially on October 23, 2024 and later refusing to accept service of process for clients represented by them directly, including racially schemed and motivated failure/refusal to reply to the later properly served African American civil action in question;

E. The Defendant April Mitchelle in official and individual capacities is a resident and person working in the State of Georgia and for the law firm of Alston and Bird and who has made decisions or had influence in decisions in regards to refusing to accept service of process initially on October 23, 2024 and later refusing to accept service of process for clients represented by them directly, including racially schemed and motivated failure/refusal to reply to the later properly served African American civil action in question;

F- The Defendant Karl Geercken in official and individual capacities is a resident and person working in the State of Georgia and for the law firm of Alston and Bird and who has made decisions or had influence in decisions in regards to refusing to accept service of process initially on October 23, 2024 and later refusing to accept service of process for clients represented by them directly, including racially schemed and motivated

failure/refusal to reply to the later properly served African American civil action in question;

G. The Defendant Richard B. Hayes in official and individual capacities is a resident and person working in the State of Georgia and for the law firm of Alston and Bird and who has made decisions or had influence in decisions in regards to refusing to accept service of process initially on October 23, 2024 and later refusing to accept service of process for clients represented by them directly, including racially schemed and motivated failure/refusal to reply to the later properly served African American civil action in question;

H. The Defendants John and Jane Does front desk and mailroom clerks at the location of the building housing One Atlantic Center and the Alston and Bird Law Firm located at 1201 West Peachtree Street, Atlanta, Ga 30309, in official and individual capacities is a resident and person working in the State of Georgia and for the law firm of Alston and Bird and who has made decisions or had influence in decisions in regards to refusing to accept service of process initially on October 23, 2024 and later refusing to accept service of process for clients represented by them directly, including racially schemed and motivated failure/refusal to reply to the later properly served African American civil action in question;

### 3. Amount In Controversy

The amount in controversy is five million dollars ($5,000,000) from each and every individual Defendant named for their discrimination and alleged roles in the October 23,

2024 discriminatory and racially motivated acts as well as their attempts to cover for one another to carry out such acts; in addition for their acts of rebelling against legal rules mandating a reply to such action when filed.

The amount in controversy is 100 million dollars ($100,000,000) from the actual law firm of Alston and Bird for failure to train its staff and employees in regards to complaints and concerns herein.

The amount in controversy is 100 million dollars ($100,000,000) from Defendants John and Jane Does in the front desk area and the mailroom and their respective roles in participating in such unlawful and offensive acts.

## **Statement of Claim**

This complaint arises from the October 23, 2024 attempt by Marissa Millins to serve the process of African American Glenn Williams' two civil actions naming as Defendants members of the Alston and Bird Law Firm, Atlanta, Georgia. Defendants in the actions all worked for the Alston and Bird Law Firm and were named in an African American's civil right complaints based on their claimed racist actions, corrupt actions, actions in submitting false documents and statements to federal agencies and courts and obstruction of justice and discrimination type acts carried out by them.

Months and months prior to the attempted service of process by server Marissa Milling, civil action filer African American Glenn Williams made many attempts to request that the Alston and Bird lawyers discontinue their unlawful and unethical corrupt practices or a civil action would be filed. See emails to Defendants over an 18 month period.

Just days before the African American process server was disrespected and violated by the Alston and Bird Law Firm, African American victims of their 18 months of corrupt acts warned them that the civil action had been filed and a process server will provide them with their respective copy.

On October 23, 2024 at some time after 4:00PM, Marissa Milling process server arrived at the Alston and Bird Law Firm located located as 1201 West Peachtree Street, Atlanta and made her way to the front desk with a large stack of separated documents for serving of the Alston and Bird Defendants listed on the cover of the civil action attached as Exhibit A. As explained on more detail in the attached affidavit of Marissa Milling, when it became obvious what the papers possessed by her were and who they were for she was treated totally different and was eventually run from the building after several event against her such as:

- Desk clerk/front area person/security or acting staff quickly calling someone from Alston and Bird Staff after being informed what the purpose of the visit was as Marissa Milling stood their;

- Desk clerk/front area person/security or acting staff speaking in private on the phone during the Alston and Bird call and taking instructions from the person on the other end;

- Desk clerk/front area person/security or acting staff not allowing Marissa Milling to proceed any further than the desk area;

- Desk clerk/front area person/security after phonecall with Alston and Bird informing Marissa that she must drop documents off at the mail room instead;

- This same person requested to see the papers but Marissa Milling informed him that the documents were only for the persons being served;

- Desk clerk/front area person/security or acting staff informing Marissa Milling that she had to proceed to the mail room instead to drop documents there; said hey close at 5PM;

- Mailroom asked seemed to had been forewarned and sought the documents from Marissa Millings but was informed by Milling that she needed to see the Defendants directly;

- Milling eft mailroom cause time being spent their too long and front desk stated they (Alston and Bird) closes at 5PM;

- Milling returned and front desk person contacted Alston and Bird again who sent down a female staff member who observed Milling but would not cooperate with the process purpose or answer relevant identity concerns;

- Dialogue and conduct took place inferring that Alston and Bird were now closed and Milling could not be aided in her purpose;

- Milling exited after being unable to accomplish her service of process purpose.

African American complainant Glenn Williams and Loc n Products owners made numerous attempts to forewarn the Defendants of their rights having been violated by the

acts of Defendants and that a civil action may soon be filed. Again, the civil actions were ultimately filed in October, 2024. (Exhibits A and B). Attempts to work things out to cease the unlawful conduct is riddled in emails from the African American Plaintiffs over 18 months of emails, some which are attached. (Exhibit C)

After claimed racial discrimination, denial of access to courts, slander, repeated submission of false statements and other corrupt actions continued to be carried out by Alston and Bird staff, Glenn Williams and other victims or affected persons caused to be filed the prose civil actions at Exhibits A and B.

As stated previously, the chosen person, African American Marissa Milling was hired to serve the civil documents. Defendants were made aware that a server would be arriving. On October 23, 2024 when Marissa Milling arrived at the front desk area of the Alston and Bird Law Firm building she was treated so badly and racially discriminated against once it was realized who she was and what her purpose was that it was unreal. The front area camera explains the interaction in detail as well. It is also better explained in Marissa Milling's affidavit. Exhibit E as well as the affidavit of Glenn Williams, the filer. Exhibit F.

Marissa Milling later contacted Glenn Willaims who had hired her to serve the civil complaints and informed Glenn Williams what had taken place. Glenn informed Alston and Bird staff immediately via email and was later contacted by Alston and Bird's Robert Lee in an attempt to resolve what Lee promised was a misunderstanding. Lee requested that one, Karl Geercken, only be part of the future discussions of what had taken place.

Robert Lee, Alston and Bird Staff, seemingly guided by Karl Geercken, contacted Plaintiff Glenn Williams and a private telephone call was had where Alston and Bird's Bob

Lee attempted to convince Plaintiff Glenn Williams that they did not mean to discriminate and Glenn Williams informed Robert Lee that the footage would speak for itself and that that is how it felt to Marissa Milling. Glenn further informed Alston and Bird actors that this is unfair and that a civil action may be filed.

## IV. Relief

Plaintiffs seek the relief as follows:

5 million dollars (5,000,000) each from Alston and Bird employees named herein;

100,000,000.00 million dollars (100,000,000.00) from Alston and Bird Law Firm;

1 million dollars ($1,000,000) each from Defendants John and Jane Does.

50 thousand dollars ($50,000) from Timothy C. Batten.

50 thousand dollars ($50,000) from John and Jane Does.

## V. Certificate and Closing

The information contained herein is true and correct to the best of my knowledge and is not being presented for an improper purpose, for harrassment, for unnecessary delay or needlessly to increase the cost of litigation. It is supported by existing law and facts and evidence. I will likely have clear evidentiary support after a reasonable opportunity for further investigation or discovery and the complaint otherwise complies with the requirements of Rule 11.

A. I agree to provide the clerk's office with any changes of address where case related paperwork may be served.

Glenn Williams and Best Gel Products, LLC

2784 Lakewood Avenue
Atlanta, Ga
bestgelproductswholesale@gmail.com
(862) 216-0002

March 12, 2025

Marissa Milling

March 12, 2025

I certify that all Defendants are in the process of being served with the complaint herein

immediately after filing with the court.

Glenn Williams and Best Gel Products, LLC
2784 Lakewood Avenue
Atlanta, Ga
bestgelproductswholesale@gmail.com
(862) 216-0002

March 12, 2025

File copy

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

FILED IN CLERK'S OFFICE1
U.S.D.C. - Atlanta

OCT 18 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Civil Action No. _____

**JURY TRIAL DEMAND**

**1 : 2 4 -CV- 4 7 6 1**

BEST GEL PRODUCTS, LLC, LOCN
PRODUCTS, LLC, GLENN L. WILLIAMS,
DANIELLE TOWNES,
Plaintiffs,
vs.
WAL-MART STORES, INC., NICOLE SHULER INDIVIDUALLY, PUREO NATURAL PRODUCTS PRE
2023 LLC, TRENDZ BEAUTY ACADEMY PRE 2023, TRENDZ BEAUTY ACADEMY CEOS FROM
2014 TO MARCH, 2023, JOHN DOE CURRENT 2023 TRENDZ BEAUTY ACADEMY CHEMIST,
JOHN DOES CREATORS, WRITER(S), EDITORS, COLLABORATORS OF ALLEGED "NEW"
COMPANY TRENDZ BEAUTY ACADEMY DISTRIBUTION AGREEMENTS AND AMENDMENTS,
JOHN DOE PRODUCT LABELERS AFFIXING LOCN PRODUCT LABELS ON GOODS FOR RESELL,
Defendants,

## CIVIL COMPLAINT

### I. Parties to Complaint
### A. The Plaintiffs

1- Glenn L. Williams
2784 Lakewood Avenue
Atlanta, Ga 30315
gwilliamsgee@gmail.com
(862) 216-0002

2- Danielle Townes
90 Michael Ryan Drive
Porterdale, Ga 30315
danielle.townes@aol.com
(973) 991-7310

3- Best Gel Products, LLC
2784 Lakewood Avenue
Atlanta, Ga 30315
bestgelproductswholesale@gmail.com
(862) 216-0002

4- Loc N Products, LLC
142 Mangum Street (former address)
Atlanta, Ga 30313
locnproducts1@gmail.com
(862) 216-0002

### B. The Defendants
1- Nicole Shuler, 3760 Nicholas Street ,Easton, Pa 18045, ngregorie@gmail.com
2- **New** PureO Natural Products 2023 Owner, LLC, 142 4th St, Nazareth PA 18064 **1/**
3- **Old** PureO Natural Products Pre-2023 Owner, LLC, 142 4th St, Nazareth PA 18064

1

# Attachments

# In Support Of Civil Complaint

A

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

Civil Action No._____

## **JURY TRIAL DEMAND**

BEST GEL PRODUCTS, LLC, LOCN
PRODUCTS, LLC, GLENN L. WILLIAMS,
DANIELLE TOWNES,
Plaintiffs,

vs.

WAL-MART STORES, INC., NICOLE SHULER INDIVIDUALLY, PUREO NATURAL PRODUCTS PRE
2023 LLC, TRENDZ BEAUTY ACADEMY PRE 2023, TRENDZ BEAUTY ACADEMY CEOS FROM
2014 TO MARCH, 2023, JOHN DOE CURRENT 2023 TRENDZ BEAUTY ACADEMY CHEMIST,
JOHN DOES CREATORS, WRITER(S), EDITORS, COLLABORATORS OF ALLEGED "NEW"
COMPANY TRENDZ BEAUTY ACADEMY DISTRIBUTION AGREEMENTS AND AMENDMENTS,
JOHN DOE PRODUCT LABELERS AFFIXING LOCN PRODUCT LABELS ON GOODS FOR RESELL,
Defendants,

## **CIVIL COMPLAINT**

### I. Parties to Complaint
### A. The Plaintiffs

1- Glenn L. Williams
2784 Lakewood Avenue
Atlanta, Ga 30315
gwilliamsgee@gmail.com
(862) 216-0002

2- Danielle Townes
90 Michael Ryan Drive
Porterdale, Ga 30315
danielle.townes@aol.com
(973) 991-7310

3- Best Gel Products, LLC
2784 Lakewood Avenue
Atlanta, Ga 30315
bestgelproductswholesale@gmail.com
(862) 216-0002

4- Loc N Products, LLC
142 Mangum Street (former address)
Atlanta, Ga 30313
locnproducts1@gmail.com
(862) 216-0002

### B. The Defendants
1- Nicole Shuler, 3760 Nicholas Street ,Easton, Pa 18045, ngregorie@gmail.com
2- **New** PureO Natural Products 2023 Owner, LLC, 142 4th St, Nazareth PA 18064  1/
3- **Old** PureO Natural Products Pre-2023 Owner, LLC, 142 4th St, Nazaireth PA 18064

4- New Trendz Beauty Academy 2023 Owner, 3760 Nicholas Street ,Easton, Pa 18045
5- Old Trendz Beauty Academy Pre-2023 Owner, 3760 Nicholas Street ,Easton, Pa 18045
6- Wal-Mart Stores, Inc.

8- John and Jane Does Creators and Writers of 2023 Distribution Agreement
9- John and Jane Doe loc N Product Labelers 2023 to Current
10- New Post 2023 John/Jane Doe Chemist for Trendz Beauty Academy

## II. Basis for Jurisdiction

**A.** This court has subject matter jurisdiction over Plaintiffs federal claims pursuant

laws governing trademark infringement, intentional dilution of brand name, consumer

fraud, deceptive trade practices, fraudulent trademark applications,  unlawful monopoly,

racketeering (RICO), exploitation of the African American Community, sabotage,

impersonation of businesses and individuals, spoliation of evidence, bribery, selling or

aiding the selling of counterfeit goods, unlawfully printing of product labels, trafficking in

counterfeit labels, obstruction of justice, fraudulent misrepresentation and aiding and

abetting the same, making false to defraud, false statements in general, submissions and

aiding and abetting the same, use of deceptive and misleading information to extort,

harassment, intimidation of  businesses and consumers and aiding and abetting the same,

false and misleading representations and aiding and abetting the same, disinformation to

the public, providing false and misleading information to courts and agencies, interference,

coercion and intimidation of the African American community based on false information

1/ Specific time frames are needed in Defendants name titles. This is a case of sophisticated unlawful
impersonation by Nigerian Business owner Nicole Shuler where it is claimed that she has unlawfully
acted out "several" roles of persons and businesses as part of a scheme to defraud and continue
defrauding today the naive and indigent African American and minority Loc N Products, LLC brand
owners  of their brand name owned by them since 2014.

and threats, bribery, embezzlement and aiding and abetting the same, harassment and

aiding and abetting the same, falsifying records and conspiracy to falsify records and aiding

and abetting the same, conspiracy to defraud and aiding and abetting the same, trademark

filing fraud, trademark counterfeiting conspiracy and aiding and abetting the same,

involuntary servitude, misuse of funds, and various other  statutes such as the Civil Rights

Act—42 U.S.C. § 1983, 15 U.S.C. 1121 and 28 U.S.C. 1331, 1338, where parties have

unlawfully and intentionally aided and abetted or conspired to aid and abet violations of

the rights of the Pro Se African American and Minority Plaintiffs based on their knowingly

active parts in an ongoing infringement upon their Loc N Products, LLC black owned name

brand.

The Defendants herein, in both their official and individual capacities have directly

and indirectly conspired to and or aided and abetted the unlawful act of infringement and

RICO on the Loc N Products, LLC black owned brand name, a name which has been in

existence since as early as January, 2014 as depicted below:



With full and true knowledge of the true ownership of the brand name Loc N

Products, LLC the Defendants, led by Nicole Shuler, have  disregarded the rights of African

American and Minority Plaintiffs in regards to their civil and intellectual property rights.

Defendants actions have disregarded the rights of our African American community and

citizens as well being that all actions taken by Defendant will be shown to have been done

for deceptive gain as opposed to fairness to the customers and the African American

public.

Their collective main goal and purpose has been aimed at following the fraudulent

direction of Nicole Shuler and her mission to steal for ownership Plaintiffs black owned

brand name Loc N Products, LLC.

The court has jurisdiction because this action arises under the Federal Lanham Act,

15 U.S.C., 18 U.S. Code § 201 (bribery), 18 U.S.C. Code § 1584 (involuntary servitude) , 18

U.S.C. 1341 (mail fraud), 18 U.S.C. Section § 1343 (wire fraud), 18 U.S.C. 641 (embezzlement),

18 U.S.C.A. § 1961 aiding and abetting (racketeering) and 1962, 18 U.S.C. § 1832 (theft of trade

secrets), 18 U.S.C. § 1001 (false statements/concealing material facts), 41 U.S. Code § 6503

(breach of contract), 18 U.S.C. 2261A (harassment and intimidation), 18 U.S.C. § 241

(conspiracy against rights), 15 USC Code 1120 (false fraudulent registration of trademark),

Georgia Code § 16-10-20 (2020) (false statements), The Sherman Act's Section 2 (unfair trade

and business practices), 15 U.S. Code § 1125 (false designation of origin) Title VII of the Civil

Rights Act, infliction of mental distress Section, 502 of the FFDCA, 18 U.S. Code § 2320

(trafficking in counterfeit goods), 18 U.S. Code § 2318 (trafficking in counterfeit labels) Georgia

Code § 16-8-17 (misuse or altering of UPC Codes to defraud), 18 U.S.C. § 1506 (FTC) Section

5(a), )15 U.S. Code § 1120 (false or fraudulent declarations to USPTO and aiding and

abetting of the same in violation of 18 U.S.C. § 371, 18 U.S.C. § 2 and others as set forth in

more detail below to include partaking in meetings, conversations or otherwise to carry out the

overall goal of claiming ownership of Plaintiffs Loc N Products, LLC brand name for a third party, Nicole Shler. (see also statutes or laws such as RICO, Tampering with Evidence, etc. as written out earlier though the statutroy citation has not been listed).

This Court has supplemental jurisdiction over Plaintiffs state law and common law claims pursuant to 28 U.S.C 1367.

This Court has personal jurisdiction over Defendants because they are engaging in the transaction of business in this judicial district in multiple sales to businesses, are committing tortious acts of trademark infringement within this judicial district, and have otherwise made or established contacts with this judicial district sufficient to permit the exercise of personal jurisdiction by this Court over them.

Venue is proper in this District because all Defendants because a substantial part of the events or omissions giving rise to Plaintiffs claims occurred within this district.

### 1. The Plaintiffs

a- The Plaintiff Glenn Williams is a citizen of the State of Georgia and owner of the brand names Loc N Products, Loc N, LocN, and the creator of the logo and trade dress depicted below and said brand has been owned at least as early as January 2014:



B

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

Civil Action No._____
**JURY TRIAL DEMAND**

BEST GEL PRODUCTS, LLC, LOCN
PRODUCTS, LLC AND
GLENN L. WILLIAMS,
Plaintiffs,

vs.

NICOLE SHULER INDIVIDUALLY, OSHODI OLUBUNMI INDIVIDUALLY, FRANK CAMPBELL, PUREO NATURAL PRODUCTS, TRENDZ BEAUTY ACADEMY CURRENT OWNERS, TRENDZ BEAUTY ACADEMY FORMER OWNERS, TRENDZ BEAUTY ACADEMY OWNERS FROM 2014 TO 2023, TRENDZ BEAUTY CEOS FROM 2014 TO SELING OF TRENDZ BEAUTY ACADEMY ACCORDING TO STATEMENTS OF PUREO NATURAL PRODUCTS CEO NICOLE SHULER, JOHN AND JANE DOES RESPONSIBLE FOR AFFIXING LOCN PRODUCTS LABELS TO PRODUCTSMANUFACTURED BY TRENDZ BEAUTY ACADENY AND NICOLE SHULER, FRANK CAMPBELL WHO "ALLEGEDLY" SOLD PLAINTIFFS LOCN PRODUCTS, LLC BRAND NAME (ACCORDING TO NICOLE SHULER) IN EARLY 2023 , VARIOUS JOHN AND JANE DOES WHO CONTINUE TO MANUFACTURING VARIOUS HAIR CARE PRODUCTS FOR LATER DISTRIBUTION USING THE LABEL AND BRANDING OF LOCN PRODUCTS, JOHN AND JANE DOES WHO INCLUDED AND INCORPORATED THE BRAND NAME LOCN PRODUCTS IN A 2023 DISTRIBUTION AGREEMENT BETWEEN DANIELLE AND OMAR TOWNS WITHOUT OWNERSHIP OR PERMISSION OR AUTHORITY TO DO SO, JOHN AND JANE DOES CONFEDERATES WHO MASTERMINED THE PLOT, PURPOSES AND WRITING OF A 2023 DISTRIBUTION AGREEMENT WITH THE UNAUTHORIZERD AND DECEPTIVE USE AND REFERENCE TO THE BRAND NAME LOCN PRODUCTS, CURRENT JOHN AND JANE DOE LOCN PRODUCT DITRIBUTORS, SELLERS OR OTHERWISE OF THE LOCN PRODUCTS BRAND NAME, JOHN AND JANE DOE LOCN PRODUCT DISTRIBUTORS FOR TRENDZ BEAUTY AND/OR NICOLE SHULER, DISTRIBUTOR DOES 1-50 (TO BE AMENDED), ALSTON AND BIRD LAW FIRM, RYAN KIM, DISTRIBUTOR YUNKI CHON, WAL-MART STORES, INC., AMAZON.COM, AND JOHN AND JANE DOES WHO CONSPIRED, CONFEDERATED AND AGREED TO JOIN ACTIONS OF NICOLE SHULER TO AID AND ABET NICOLE SHULER'S UNLAWFUL CONSPIRACY TO IMPERSONATE ELDERLY NIGERIAN CHEMIST FRANK CAMPBELL FOR THE SOLE PURPOSE OF STEALING PLAINTIFFS TRADE SECRETS, IMPLEMENTING 10 YEARS OF INVOLUNTARY SERVITUDE AGAINST LOCN PRODUCTS, LLC, EMBEZZLING LOCN PRODUCTS, LLC FUNDS TO GROW NICOLE SHULERS PUREO NATURAL PRODUCTS AND TRENDZ BEAUTY ACADEMY

BUSINNESS AND MISUSE OF LOCN PRODUCTS, LLC FUNDS TO ACCOMMODATE NICOLE SHULER'S PERSONAL LIFESTYLE

## I. The Parties To The Complaint

A.  The Plaintiffs

Glenn L. Williams
2784 Lakewood Avenue
Atlanta, Ga 30315

Danielle Townes
90 Michael Ryan Drive
Porterdale, Ga 30014

Best Gel Products, LLC
2784 Lakewood Avenue
Atlanta, Ga 30315

Loc N Products, LLC
142 Mangum Street
Atlanta, Ga 30313

B.  The Defendants

**1-** Frank Campell
Alpha by Design LLC
142 4th St.
Nazareth PA 18064,
Easton, PA 18045
ngregorie@gmail.com

**2-** PureO Natural Products LLC
Nicole Oshodi
(aka Nicole Shuler/Nicole Gregorie)
3760 Nicholas Street
frankzar9084@gmail.com

**3-** Various Authorized Distributors
**4-** Various Beauty Stores

**5-** Trendz Beauty Academy LLC
Nicole Oshodi and/or Frank Campbell
(aka Nicole Shuler; aka Nicole Gregorie)
142 4th St
Nazareth, PA /18064
ngregorie@gmail.com

**6-** Walmart Corporation
**7-** Various Infringing Print Shops
**8-** Alston and Bird Law Firm (aiding same))

## II. Basis for Jurisdiction

**A.** This court has subject matter jurisdiction over Plaintiffs federal claims pursuant to 15 U.S.C. 1121 and 28 U.S.C. 1331, 1338, because this action arises under the Federal Lanham Act, 15 U.S.C., 18 U.S. Code § 201 (bribery), 18 U.S.C. Code § 1584 (involuntary servitude) , 18 U.S.C. 1341 (mail fraud), 18 U.S.C. Section § 1343 (wire fraud),  18 U.S.C. 641 (embezzlement), 18 U.S.C.A. § 1961 (racketeering) and 1962, 18 U.S.C. § 1832 (theft of trade secrets), 18 U.S.C. § 1001 (false statements/concealing material facts), 41 U.S. Code § 6503 (breach of contract),  18 U.S.C. 2261A (harassment and intimidation),   18 U.S.C. § 241 (conspiracy against rights), 15 USC Code 1120 (false fraudulent registration of trademark), Georgia Code § 16-10-20 (2020) (false statements), The Sherman Act's Section 2 (unfair trade and business practices), 15 U.S. Code § 1125 (false designation of origin) Title VII of the Civil Rights Act, infliction of mental distress Section, 502 of the FFDCA, 18 U.S. Code § 2320 (trafficking in counterfeit goods), 18 U.S. Code § 2318 (trafficking in counterfeit labels) Georgia Code § 16-8-17 (misuse or altering of UPC Codes to defraud), 18 U.S.C. § 1506 (FTC) Section 5(a), )15 U.S. Code § 1120 (false or fraudulent declarations to USPTO and aiding and abetting of the same in violation of 18 U.S.C. § 371, 18 U.S.C. § 2 and others as set forth in more detail below.

This Court has supplemental jurisdiction over Plaintiffs state law and common law claims pursuant to 28 U.S.C 1367.

This Court has personal jurisdiction over Defendants because they are engaging in the transaction of business in this judicial district in multiple sales to businesses, are committing tortious acts of trademark infringement within this judicial district, and have

C

3:18

# Marissa Milling - Unfiled Claim for Racial Discrimination and Other Claims

**me** Nov 6, 2024
to BJay, richard.hays, Katie, mit...

Marrissa Milling is the young lady who was ran away from Alstin and Bird's office building during her attempt to serve the civil complaints, Marrissa wants to know if you all would like to do a settlement for what she has detailed in civil rights complaint, If you do then I would kindly be satisfied and drop myself from her claim as a witness and secondary affected Plaintiff. Please let me know today, She asked for your number as well. Should I give it to her?

Reply    Reply all    Forward

D

 Gmail

**Glenn Williams <bestgelproductswholesale@gmail.com>**

---

## Claims Against Alston & Bird LLP and New Lawsuit

**Glenn Williams** <bestgelproductswholesale@gmail.com>                    Mon, Oct 28, 2024 at 5:24 PM
Draft To: "Lee, Bob" <Bob.Lee@alston.com>

How are you. I will upload the complaints and send them to you and your staff when I arrive back in Atlanta in the morning. I did indicate that I could email the attached to you all upon request via my email address as I could not load them at that time.

As far as you not being able to accept the complaint against Nicole Shuler my apologies, I thought that you were handling her legal affairs entirely. all not accepting the the complaint for Nicole. I will have them serve her in that matter.

The complaint for what took place has been completed though it won't be filed until tomorrow and the evidence and intent of all will be a determination for the jury to make at this point.
I'm sure the audio on the cameras in relevant locations will shed some light on the scheme of things that day.

Thank you for your response.

On Mon, Oct 28, 2024 at 4:34 PM Lee, Bob <Bob.Lee@alston.com> wrote:

> Mr. Williams:
>
> We are in receipt of your letter of 25 October 2024. We disagree with the characterizations in it concerning our lawyers and staff, including, those that relate to the events and actions taken by our staff last week. We did receive, however, the materials delivered to our firm on Thursday, October 24. I note that your agent did not properly serve our firm and its employees with process last week, as the materials did not include summones or all of the exhibits referenced in your complaint.
>
> As a convenience and courtesy to you, we can agree to accept service of process via email on behalf of the firm and its employees, provided you send us copies of the entire filing package, including the complaint, summones, and exhibits. We are not authorized to accept of service of process on behalf of Nicole Shuler and the other defendants associated with her business.
>
> Further, in the future, please direct all communications concerning the lawsuit against our firm and its employees to my attention and that of Karl Geercken, the firm's General Counsel (copied here).
>
> Thank you.
>
> Bob Lee
>
> Robert L. Lee
>
> Alston & Bird LLP
>
> 1201 W. Peachtree Street
>
> Atlanta, GA 30309-3424

Direct - 404-881-7635

Bob.lee@alston.com

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.

E

Affidavit of Marissa Milling

I, Marissa Milling, declare under the penalty of perjury that the following statement is true and correct to the best of my recollection.

On October 23 while attempting to serve civil action complaints on various staff members of the Alston and Bird Law Firm the following took place.

I entered the building at 1201 West Peachtree Street, Atlanta, Ga 30309 a little after 4PM and spoke with the front area or desk person or security person. It was a male. I formed him that I had several civil complaints that I was paid to serve on various members of the Alston and Bird Law Firm. Prior to my arrival here I spoke with Glenn Williams who had hired me to serve the Alston and Bird firm members and Glenn informed me of the importance of serving each person named on each document or a person who may claim to be an authorized party from Alston and Bird who would accept them all. The front desk person immediately informed me that he was calling Alston and Bird to inform them of my presence and delivery and after the male spoke with someone during the claimed call to Alston and Bird his demeanor and attitude toward my duty was somewhat different. I cold not hear what they spoke about on the phone but it seemed that his instructions over the phone were to not allow me to proceed to their office to serve the complaints.

I stood there and then he informed me that the building is about to close at 5PM and that I should proceed to the mailroom with the civil complaints. He stated that he was informed that I must drop them off at the mailroom and not at the office of Alston and Bird where I was instructed to serve each person named. I proceeded to the mailroom quickly and I noticed that the staff there were already waiting and made attempts to have me leave the

paperwork with them. I knew that my instructions were to physically give the actions to the named parties only so I left the mailroom and went back to the front desk area. I knew time was ticking as they informed me that the place closes at 5PM so I was anxious and stressed by this time and felt I was being given the run-around. When I informed the security person that I must get the documents to the staff the security called someone again from the firm and then a white female came down and just stared and observed me and did not accept the civil actions. After numerous embarrassing feelings and no one willing to accept the documents I left the building and informed Glenn Williams what had taken place. I was later informed by Glenn that he had spoken with Robert Lee at the Alston and bird Law Firm and Robert Lee assured him that if I came back again he would allow his staff to accept the papers.

Marissa Milling

March 12, 2025

F

Affidavit of Glenn L. Williams

I, Glenn L. Williams, declare under the penalty of perjury that the following statement is true and correct to the best of my recollection.

This complaint arises from the October 23, 2024 attempt by Marissa Milling to serve the process of two civil rights and trademark actions where some of the Defendants were from the Alston and Bird Law Firm. I specifically informed all parties named, via email, that my process server would be arriving to serve them the complaints as well as I mailed them a courtesy copy of the complaint. As is their normal practice when it comes to me as an African American Pro Se filer, they all totally ignored my emails. Marissa Milling later informed me that they would not accept the filings from her when she went there. I then emailed Robert Lee, a lawyer at Alston and Bird and informed him that I would be filing a civil rights action for discrimination and retaliation and harassment and extortion. Robert Lee immediately emailed me and we set up a call to try to get me to not file the suit. He assured me that they would gladly accept the service of the process if I sent her there again. By this time it was too late and I started preparing my civil action as racism and the way we are being treated is not acceptable.

Noteworthy to this affidavit is this law firm's numerous attempts to defame my character for a later review of the record to state that us African American parties defending our Loc N Products brand name are angry rebellious black people. This is not true as our names speaks volumes on our community where we teach entire communities skill sets in self management, personal growth and workforce development.

Glenn L. Williams

March 12, 2025